613 A.2d 1201

**In the Matter of Murray David LEVIN,
Petition for Reinstatement.**

Supreme Court of Pennsylvania.

Sept. 30, 1992.

ORDER

PER CURIAM:

AND NOW, this 30th day of September, 1992, upon consideration of the Report and Recommendations of the Disciplinary Board dated March 9, 1992, the Petition for Reinstatement is granted.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.

FLAHERTY and PAPADAKOS, JJ., dissent.